# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00461-CV

**Kenneth Pearce and Luana Pearce, Appellants**

**v.**

**Jose Chavez, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. 99-08983, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING

Appellants Kenneth and Luana Pearce have informed this Court that they no longer want to appeal the district court's judgment. Accordingly, we will dismiss the appeal.

The appeal is dismissed.

David Puryear, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed On Appellants' Motion

Filed   November 29, 2001

Do Not Publish